## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JENNIFER COLLISHAW, individually and on behalf of all others similarly situated,

                     Plaintiff,

    -against-

COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS,

                     Defendant.

-------------------------------------------------------------X

20 **CIVIL** 9009 (PMH)

LAURI McCAULEY, individually and on behalf of all others similarly situated,

                     Plaintiff,

    -against-

COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS,

                     Defendant.

-------------------------------------------------------------X

21 **CIVIL** 1548 (PMH)

**<u>JUDGMENT</u>**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 11, 2022, Defendant's motion to dismiss Plaintiffs' First Amended Complaints are GRANTED with prejudice; accordingly, the cases are closed.

**Dated:** New York, New York
        August 12, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                   **BY:**     *K. Mango*

                                                   **Deputy Clerk**